IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 10 C 6384 |
| | ) | |
| ENVIRONMENTAL CLEANSING | ) | JUDGE JOHN W. DARRAH |
| CORPORATION, an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on December 7, 2010, request this Court enter judgment against Defendant, ENVIRONMENTAL CLEANSING CORPORATION, an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On December 7, 2010, this Court entered default against Defendant and granted Plaintiffs' request for an order directing the Defendant to turn over its monthly fringe benefit contribution reports for September 2010 forward. The Court also entered an order that judgment would be entered after Plaintiffs' determined all amounts due and owing from Defendant.

2. To date, Defendant has submitted its monthly fringe benefit contribution reports for the time period July 2010 through March 2011. For the time period July 2010 through January 2011, said reports were all untimely submitted, and accordingly, Defendant has incurred liquidated damages in the amount of twenty (20%) percent. (See Affidavit of Terrence J. Hancock).

3. The amount of $2,436.16 is due Plaintiff Welfare Fund and the amount of $2,149.55 is due Plaintiff Pension Fund for liquidated damages for July 2010 through January 2011. (Hancock Aff. Par. 12).

4. In addition, Plaintiffs' firm has expended the amount of $435.00 in costs and $1,325.00 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $6,345.71.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $6,345.71.

/s/ Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\731exc\Environmental Cleansing\#22874\motion-judgment.jdg.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>1st</u> day of <u>June 2011</u>:

        Mr. Matthew A. Konopko, Registered Agent/President
        Environmental Cleansing Corporation
        16602 S. Crawford Avenue, Suite 3
        Markham, IL  60426


              /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\731exc\Environmental Cleansing\#22874\motion-judgment.jdg.df.wpd